[Cite as *State v. Cathan*, 2022-Ohio-228.]

IN THE COURT OF APPEALS OF OHIO
SIXTH APPELLATE DISTRICT
WOOD COUNTY

State of Ohio                                           Court of Appeals No.  WD-20-073
                                                                                              WD-21-072
      Appellee

                                                                       Trial Court No. 2018CR0414
v.

Michael Cathan, II                                   **DECISION AND JUDGMENT**

      Appellant                              Decided:  January 28, 2022

* * * * *

Paul A. Dobson, Wood County Prosecuting Attorney, and
David T. Harold, Assistant Prosecuting Attorney, for appellee.

Sarah Haberland, for appellant.

* * * * *

**ZMUDA, J.**

{¶ 1} This consolidated matter is before the court on appeal of the sentence imposed after a community control violation by the Wood County Court of Common Pleas.  The sole assignment of error asserts the trial court "abused its discretion failing to

impose the minimum sanctions in accordance with R.C. 2929.11" based on the trial court's consideration of the factors under R.C. 2929.11 and 2929.12.

{¶ 2} The law governing appellate review of a trial court's consideration of R.C. 2929.11 and 2929.12 in imposing sentence is clear. As we have repeatedly noted, "R.C. 2953.08(G)(2) does not permit an 'appellate court to independently weigh the evidence in the record and substitute its judgment for that of the trial court concerning the sentence that best reflects compliance with R.C. 2929.11 and 2929.12.'" *See State v. Bowles,* 2021-Ohio-4401, -- N.E.3d. -- ¶ 7 (6th Dist.), quoting *State v. Jones,* 163 Ohio St.3d 242, 2020-Ohio-6729, 169 N.E.3d 649, ¶ 42; *see also State v. Johnson,* 6th Dist. Wood No. WD-20-056, 2021-Ohio-2139, ¶ 14, citing *State v. Orzechowski,* 6th Dist. Wood No. WD-20-029, 2021-Ohio-985, ¶10; *State v. Woodmore,* 6th Dist. Lucas No. L-20-1088, 2021-Ohio-1677, ¶ 17; *State v. Buck,* 6th Dist. Wood No. WD-20-031, 2021-Ohio-1073, ¶7; *State v. White,* 6th Dist. Wood No. WD-20-040, 2021-Ohio-987, ¶10. Such challenges based on a trial court's consideration of R.C. 2929.11 and 2929.12, moreover, may be summarily denied. *Bowles* at ¶ 8, citing *State v. Toles,* Slip Opinion 2021-Ohio-3531, -- N.E.3d --, ¶ 1.

{¶ 3} Accordingly, based on the authority of *Jones* and *Toles,* we find the present challenge is "subject to summary resolution as a matter of law." *Bowles* at ¶ 9, citing *Toles* at ¶ 11.

Judgment affirmed.


2.

A certified copy of this entry shall constitute the mandate pursuant to App.R. 27. *See also* 6th Dist.Loc.App.R. 4.

Mark L. Pietrykowski, J.      

_____
JUDGE

Christine E. Mayle, J.      

Gene A. Zmuda, J.      
CONCUR.

_____
JUDGE

_____
JUDGE

This decision is subject to further editing by the Supreme Court of Ohio's Reporter of Decisions. Parties interested in viewing the final reported version are advised to visit the Ohio Supreme Court's web site at: http://www.supremecourt.ohio.gov/ROD/docs/.